## JANUARY TERM, 1799.

## Cannon, *manucaptor*, *ads*. Cathcart.

THE principal being confined in the county of Herkimer, on a charge of felony, application was made for a *committitur* to one of the judges of that county in April vacation, 1798, and before the return of the *capias* againft the bail, which was refufed. In September following, the principal was convicted, and fentenced to be imprifoned at hard labor in the State-prifon for life.

On thefe facts a rule was taken to fhew caufe why an *exoneretur* fhould not be entered.

*Per Cur.* It appears that the defendant made a *bona fide* attempt to furrender the principal before the *capias* was returnable, and was fruftrated. The principal was afterwards imprifoned for life, and even if the furrender had been effected, it

could not have benefited the plaintiff.

Let the defendant take the effect of his motion on payment of costs.